IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JERRY ADE and ELAYNE ADE,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **7:03-CV-107 (HL)** |
| **THOMAS D. FAUSETT, JR., M.D.,** : | |
| **and THOMAS D. FAUSETT, JR.,** : | |
| **M.D., P.C.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Plaintiff has filed several Motions in Limine asking the Court to (1) accept Motions in Limine filed subsequent to the pretrial conference (Doc. 27); (2) exclude evidence that Plaintiff Jerry Ade was taking Vioxx (Doc. 26); (3) exclude the testimony of Charles Brown, M.D., (Doc. 30); and (4) exclude the testimony of Zulfiquar Bhatti, M.D., regarding Plaintiff Jerry Ade's September 14, 2005 office visit. After reviewing the arguments of both parties, the Court held an additional pretrial conference on January 23, 2006. The Court ruled on the Motions at the pretrial conference and now issues the following order.

I. ACCEPTANCE OF PLAINTIFF'S MOTION IN LIMINE

Pursuant to the Court's Order dated October 3, 2005, all Motions in Limine were due by October 24, 2005, absent a showing that the Motion could not reasonably have been made by that date. According to Plaintiffs' Motion for the Court to Accept Their Motion in Limine to Exclude Evidence that Mr. Ade was Taking Vioxx, Plaintiffs' have recently

learned the Defendants will attempt to argue that Vioxx caused or contributed to Jerry Ade's heart attack. Thus, Plaintiffs' argue that their Motion requesting the Court exclude evidence that Defendant Jerry Ade was taking Vioxx could not have been reasonably made by October 24, 2005, the date of the first pretrial conference.

In the interest of justice, Plaintiffs' Motion for the Court to Accept Their Motion in Limine to Exclude Evidence that Mr. Ade was Taking Vioxx (Doc. 27) is granted, and the Court will consider the merits of Plaintiffs' Motion in Limine to Exclude Evidence that Plaintiff Jerry Ade was Taking Vioxx.

## II. EVIDENCE THAT DEFENDANT WAS TAKING VIOXX

Plaintiffs' Motion in Limine to Exclude Evidence that Plaintiff Jerry Ade was Taking Vioxx asks the Court to exclude any entry in Plaintiff Jerry Ade's medical records which indicates that he was taking Vioxx and preclude any reference or suggestion that Plaintiff Jerry Ade was taking Vioxx. For the reasons fully explained on the record of the second pretrial conference, Plaintiffs' Motion is denied.

## III. TESTIMONY OF CHARLES BROWN, M.D.

Plaintiffs' Motion in Limine to Exclude Testimony of Charles Brown, M.D., asks the Court to exclude the entire testimony of Dr. Charles Brown. For reasons fully explained on the record of the second pretrial conference, Plaintiffs' Motion is denied.

## IV. TESTIMONY OF ZULFIQUAR BHATTI, M.D.

Plaintiffs' Motion in Limine to Exclude Testimony of Zulfiquar Bhatti, M.D., Regarding Office Visit of September 14, 2005 asks the Court to exclude all testimony or evidence related to the office visit of September 14, 2005 with Dr. Zulfiquar Bhatti. For reasons fully explained on the record of the second pretrial conference, Plaintiffs' Motion is denied.

**SO ORDERED**, this the 26th day of January, 2005.

                                        **/s/ Hugh Lawson**
                                        **HUGH LAWSON, Judge**

scs